**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PASCUALA MEZA GUTIERREZ,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-CV-04038-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed July 29, 2026 (ECF No. 9) and the Notice of Compliance filed July 30, 2026 (ECF No. 10), IT IS ADJUDGED that the Petition is granted.

DATED: August 5, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE